RECEIVED
FEB 23 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **Turbine Powered Technology LLC** | Civil Action No. 6:17-cv-00801 |
| **versus** | Unassigned District Judge |
| **Crowe et al** | Magistrate Judge Carol B. Whitehurst |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent, de nevo, review of the record including the objections (Doc. No. 57) filed by defendants, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Motion To Remand filed by Plaintiff, Turbine Powered Technology LLC [Rec. Doc. 18] is **GRANTED** and this action is remanded to the 16th Judicial District Court, Parish of St. Mary, Louisiana. All other pending motions are DISMISSED as moot.

**IT IS FURTHER ORDERED** that the Motion For Attorneys Fees is **DENIED**.

Signed at Alexandria, Louisiana, on this 23rd day of February, 2018.

Dee D. Drell
United States District Judge